16806. CENTRAL BANK & TRUST CORPORATION *v.* OWENS.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial show cause for a reversal of the judgment of the trial court.

*Judgment affirmed. Bloodworth, J., concurs. Luke, J., dissents.*

DECIDED DECEMBER 17, 1925.

Complaint; from Fulton superior court—Judge Ellis. August 29, 1925.

*Candler, Thomson & Hirsch,* for plaintiff.

*D. K. Johnston,* for defendant.